UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| CAMERON MAYFIELD, | ) |
|           Petitioner, | ) ) ) |
|           v. | )   No. 2:19-cv-00455-JPH-MG ) |
| RICHARD BROWN, | ) ) ) |
|           Respondent. | ) |

**ORDER TO SHOW CAUSE**

Cameron Mayfield's petition for a writ of habeas corpus seeks relief from his conviction in disciplinary case 19-06-0005 in 2019, while he was a prisoner at Wabash Valley Correctional Facility. According to the Indiana Department of Correction's (IDOC) web site, Mr. Mayfield was discharged from IDOC custody on February 16, 2021. *See* IDOC, *Indiana Offender Database*, avail. at https://www.in.gov/apps/indcorrection/ofs/ofs (last visited May 20, 2021). Mr. Mayfield has provided the Court with additional evidence confirming that he is no longer in the custody of the IDOC, having updated his contact information with a residential address, dkt. 16.

Once a habeas petitioner's "sentence has expired . . . some concrete and continuing injury other than the now-ended incarceration or parole—some 'collateral consequence' of the conviction—must exist if the suit is to be maintained.'" *Spencer v. Kemna*, 523 U.S. 1, 7 (1998). "[I]t is unclear whether a prisoner may allege sufficient collateral consequences from a prison disciplinary action to avoid dismissal after physical custody has ended." *Eichwedel v. Curry*, 700 F.3d 275, 279 (7th Cir. 2012). However, "it is clear that . . . the burden is on [the petitioner] to establish those consequences." *Id.*

1

Mr. Mayfield shall have **through June 25, 2021**, to **show cause** why this action should not be dismissed as moot. Failure to do so in the time provided will result in the immediate dismissal of this action without further warning or opportunity to show cause.

**SO ORDERED.**

Date: 5/20/2021

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

CAMERON MAYFIELD
3433 N. College Ave.
Indianapolis, IN 46205

Frances Hale Barrow
INDIANA ATTORNEY GENERAL
frances.barrow@atg.in.gov